UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                               )<br>                    Plaintiff,  )<br>             v.                         )<br>                                               )<br>                                               )<br>LORENA VELDERRAINT,      )<br>                    Defendant.  )<br>_____ ) | Case No.: EDCR15-0089-VAP<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CENTRAL  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (x) information in the Pretrial Services Report and Recommendation

   (x) information in the violation petition and report(s)

   (x) the defendant's nonobjection to detention at this time

   ( ) other:_____
        and/or

1  B. (x)    The defendant has not met his/her burden of establishing by clear and

2            convincing evidence that he/she is not likely to pose a danger to the safety

3            of any other person or the community if released under 18 U.S.C. §

4            3142(b) or (c).  This finding is based on the following:

5            (x)  information in the Pretrial Services Report and Recommendation

6            (x)  information in the violation petition and report(s)

7            (x)  the defendant's nonobjection to detention at this time

8            ( )  other: _____

9

10  IT THEREFORE IS ORDERED that the defendant be detained pending the further

11 revocation proceedings.

12

13 DATED: February 9, 2016                    _____

                                              KENLY KIYA KATO
14                                            UNITED STATES MAGISTRATE JUDGE